IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-000267-CR-W-HFS |
| DARRELL GREENFIELD ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At a Change of Plea Hearing held on April 7, 2021, before Magistrate Judge Jill A. Morris, defendant entered a plea of guilty pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(j), and 28 U.S.C. § 636. to Count One of the Indictment.

In a Report and Recommendation dated April 13, 2021, Judge Morris determined that the guilty plea was knowledgeable and voluntary and that the offense charged was supported by an independent basis in fact containing each of the essential elements of such offense.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 40) and ACCEPT defendant's guilty

plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

                                                        s/ Howard F. Sachs
                                                        HOWARD F. SACHS
                                                        United States District Judge

Dated: May 3, 2021
Kansas City, Missouri